STEVEN M. O'CONNOR*
JOSEPH T. REDD^
JOSEPH A. ORLANDO*
PETER URRETA
HILLARY KAHAN++

_SENIOR COUNSEL_
CARMEN M. VASQUEZ
JERRI A. DeCAMP*

*MEMBER NY & CT BARS
++MEMBER NY & NJ BARS
^MEMBER NY, CO & UT BARS
**MEMBER NY & TX BARS

_Of Counsel_
Kevin Page*
Marie Frawley

WILLIAM C. NEVES++
SEAN A. LATELLA*
MICHAEL KIVORT**
LaWANDA M. GETER*
LAUREN CREEGAN++
AALIYAH C. SHORTE
ANTHONY J. RUGGERI++

# O'CONNOR REDD ORLANDO LLP

ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 1000 | 242 KING STREET | PORT CHESTER, NEW YORK 10573
MAIN 914-686-1700 | FAX 914-328-3184
WWW.OCONNORLAWFIRM.COM

CONNECTICUT OFFICE:
304 Federal Road, Suite 316
Brookfield, Connecticut 06804

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

March 20, 2020

**VIA NYSCEF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**     **AGGREKO v. BRONXCARE**
           **USDC/SDNY Case No.: 1:20-cv-00969**
           **Our File No.:D-5929B**

Your Honor,

    This office represents Plaintiff in the referenced matter, Aggreko, LLC. Pursuant to Rule 1.B.2. of the Court's Individual Rules and Procedures for Civil Cases, we are submitting this Letter Motion to request the Initial Conference presently scheduled for 4/9/2020 be adjourned to 5/14/2020.

    The adjournment is requested because the need for the conference may be obviated. Not by inadvertence, the Summons and Complaint has not been served. Our client, Plaintiff Aggreko, LLC, has instructed this office to defer service of process, and may instruct us to file a dismissal rather than complete service. Plaintiff Aggreko, LLC also understands, and is on notice, that a dismissal will issue under Rule 4(m) if service is not effected within 90 days from filing, (i.e., on or before 5/6/2020).

    Accordingly, we respectfully request the Initial Conference date be adjourned to 5/14/2020, (by which time the need for any conference may well be eliminated). Thank you.

APPLICATION GRANTED

The initial conference set for April 9, 2020, at 10:30 A.M. is adjourned to May 14, 2020, at 10:40 A.M.

Dated: March 23, 2020
New York, New York

_Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

O'CONNOR REDD ORLANDO LLC
Attorneys for Plaintiff AGGREKO, LLC

By: _Steven M. O'Connor_
Steven M. O'Connor (SMO-8230)